# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154146(63)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KAMAL VINCENT BROWN,
      Defendant-Appellant.

SC: 154146
COA: 328560
Wayne CC: 03-005782-FC

_____/

On order of the Chief Justice, the motion of David L. Moffitt to withdraw as counsel and to stay the proceedings for 56 days to permit defendant-appellant to engage new counsel is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk